## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Larnelon Shipping Ltd., | § | |
| | § | |
| and | § | |
| | § | CIVIL ACTION 20-cv-17-RGA |
| Ramdibi Seas Inc., | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| Empresa Publica Flota Petrolera Ecuatoriana | § | |
| (FLOPEC)- EP, et al., | § | |
| | § | |
| Defendant and Garnishees. | § | |

## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of J. Stephen Simms to represent Larnelon Shipping Ltd. and Ramdibi Seas, Inc. in

this matter.

Dated: January 8, 2020.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Larnelon Shipping Ltd., and*
*Ramdibi Seas Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 8, 2020.

Signed: _____

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 250
Baltimore, Maryland 21030
(410) 783-5795
jssimms@simmsshowers.com